JUDGE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR10-5733-BHS |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING MOTION TO FILE OVERLENGTH MEMORANDUM |
| MARK W. FAASUAMALIE | ) | |
| Defendant. | ) | |

THIS MATTER having come before the undersigned on the motion of defendant Mark W. Faasuamalie and Assistant Federal Public Defender Michael Filipovic, and the Court having reviewed the files and records herein, it is hereby

ORDERED that Defendant may file an overlong 20-page Motion to Suppress Written Statements Made to Law Enforcement Officers as Involuntary and in Violation of *Miranda v. Arizona*, and the Government may file a brief in opposition up to 20 pages in length.

DATED this 13th day of December, 2010

_____
BENJAMIN H. SETTLE
United States District Judge

(PROPOSED) ORDER GRANTING MOTION
TO FILE OVERLENGTH MEMORANDUM - 1
(*Mark W. Faasuamalie*; CR10-217-RSL)

FEDERAL PUBLIC DEFENDER
1601 Fifth Ave., Suite 700
Seattle, Washington  98101
(206) 553-1100

1  Presented by:

2  s/ *Michael Filipovic*
   Michael Filipovic
3  Assistant Federal Public Defender
   Attorney for Mark W. Faasuamalie
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

(PROPOSED) ORDER GRANTING MOTION
TO FILE OVERLENGTH MEMORANDUM - 2
(*Mark W. Faasuamalie*; CR10-217-RSL)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Ave., Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**