UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARK W. FAASUAMALIE<br><br>Defendant. | NO. CR10-5733-BHS<br><br>ORDER GRANTING MOTION TO SEAL MOTION TO SUPPRESS ORAL AND WRITTEN STATEMENTS MADE TO LAW ENFORCEMENT OFFICERS AS INVOLUNTARY AND IN VIOLATION OF *MIRANDA V. ARIZONA* |

THIS MATTER having come before the undersigned on the motion of Defendant Mark W. Faasuamalie and Assistant Federal Public Defender Michael Filipovic, and the Court having reviewed the files and records herein, and good cause appearing, it is hereby

ORDERED that Defendant's Motion to Suppress Oral and Written Statements Made to Law Enforcement Officers as Involuntary and in Violation of *Miranda v. Arizona* and the exhibits thereto shall be filed under seal.

DATED this 21st day of December 2010.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

s/ Michael Filipovic
Assistant Federal Public Defender
Attorney for Mark W. Faasuamalie

ORDER GRANTING MOTION TO
SEAL MOTION TO SUPPRESS - 1
(*Mark W. Faasuamalie*; NO. CR10-5733-BHS)

FEDERAL PUBLIC DEFENDER
1601 Fifth Ave., Suite 700
Seattle, Washington  98101
(206) 553-1100